IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND OWENS, #214 918, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.   2:13cv768-WHA |
| ) | |
| ALABAMA BOARD OF PARDONS ) | (WO) |
| AND PAROLES, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on two Recommendations of the Magistrate Judge (Docs. #7 and #8), entered on December 3, 2013, and the Plaintiff's Objections to Magistrates Recommendations (Doc. #9), filed on December 12, 2013.

Following an independent evaluation and *de novo* review of the file in this case, the court has determined the objections to be without merit, and they are hereby OVERRULED.  The court ADOPTS both Recommendations of the Magistrate Judge, and it is hereby ORDERED as follows:

1.  Plaintiff's Motion for Preliminary Injunction, included on page 9 of his Complaint, is DENIED.

2.  Plaintiff's claims against Alabama Board of Pardons and Paroles are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915 (e)(2)(B)(i).

3.  The Alabama Board of Pardons and Paroles is DISMISSED as a party to this cause of action.

4.  Plaintiff's claims for monetary damages against Defendants are DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(iii).

5.  With respect to Plaintiff's remaining claims, which include his request for a permanent injunction, and his claims against the individual Parole Board members other than his claim for monetary damages against them, this case is referred back to the Magistrate Judge for further proceedings.

DONE this 19th day of December, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE